UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RICHARD D. BESS. ) | No. CV 12-04852-DDP (VBK) |
| Plaintiff, ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIRST AMENDED COMPLAINT |
| v. ) | |
| T. CAMPBELL, et al., ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the First Amended Complaint, and entire action, with prejudice.

DATED: July 23, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE