JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD D. BESS, | ) | No. CV 12-04852-DDP (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| T. CAMPBELL, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    **IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED: July 23, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE